# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,           )<br>                                                       )<br>                     Plaintiff,           )<br>                                                       )<br>              vs.                              )<br>                                                       )<br>MICHAEL HERMAN SIMONSON,  )<br>                                                       )<br>                     Defendant.          ) | **05-174M**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Pursuant to the phone conference held on Friday, April 22, 2005, with counsel of record and U.S. Pretrial Services in attendance, the appearance bond of the above named defendant is hereby modified to:

*Extend the expiration date of the Chaperone Provision to April 29, 2005.*

All other provisions of the appearance bond remain in effect.

Copies of this Order shall be distributed by the Clerk to counsel of record and the U.S. Pretrial Services office of both the Western District of Washington and the Eastern District of Washington.

Dated this 26th day of April , 2005

/S/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk

**MINUTE ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23         Dated this 26th day of April , 2005
24
25         /S/ PETER H. VOELKER
        Peter H. Voelker, Deputy Clerk
26 **MINUTE ORDER**